D

14 pgs

RECEIPT NUMBER
504884

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

04-71054

GARY ALAN ROBB,
Plaintiff,

v

Case No. 04-
Judge AVERN COHN

MAGISTRATE JUDGE MONA K. MAJZOUB

**CITY OF DETROIT POLICE INVESTIGATOR SAMUEL MACKIE, badge no. I-236; CITY OF DETROIT POLICE OFFICER DELICIA ANDERSON, badge no. 51; and CITY OF DETROIT POLICE OFFICER MARVA A. CHANEY, badge no. 2777,** jointly and severally,
Defendants.

______________________________/

FILED
'04 MAR 23 A10:23
U.S. DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT

**THOMAS M. LOEB** (P25913)
Attorney for Plaintiff
24724 Lahser Road
Southfield, MI 48034-6044
(248) 354-6330

______________________________/

# *COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND JURY DEMAND*

Plaintiff, by his attorney Thomas M. Loeb, complains against the above-named Defendants and in support states as follows:

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

## *Preliminary Statement*

1. This is an action for declaratory relief and money damages brought by Plaintiff, a citizen and resident of the city of Detroit, Wayne County, Michigan, against the above-named police officers for damages arising out of conduct which began on Saturday August 30, 2003 when they caused him to be falsely arrested and maliciously prosecuted, without the officers first having obtained an arrest warrant, a search warrant, legal probable cause, or other circumstances justifying his arrest.

2. Plaintiff seeks declaratory relief pursuant to 42 USC §1983 against the above-named Defendant officers. The Plaintiff's claims are based upon the Defendants' intentional, deliberate, malicious, willful, wanton, deliberately indifferent, or reckless conduct, as detailed more fully throughout this complaint.

3. Plaintiff also claims damages for violation of his right to be free from an unreasonable arrest or seizure of his person, as guaranteed under the Constitution and laws of the United States.

## *Jurisdiction and Venue*

4. This court has jurisdiction over these claims pursuant to 28 USC §§

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

1331, 1343, 2201 and 2202.

5. Venue is properly laid in this court pursuant to 28 USC §1391(b), as the Defendants reside in and the claims arose in the Eastern District of Michigan.

*Plaintiff and Defendants*

6. That at all times relevant to this complaint, the Plaintiff was and is a resident of the City of Detroit, Wayne County, Michigan.

7. That at all times relevant to this complaint, Defendants Samuel Mackie, badge no. I-236, Delicia Anderson, badge no. 51, and Marva A. Chaney, badge no. 2777, were officers and employees of the city of Detroit Police Department and were acting within the scope of their employment.

8. Upon information and belief, Defendants Mackie and Anderson were assigned to the Sixth Precinct, on Saturday August 30, 2003.

9. Upon information and belief, Defendant Marva A. Chaney was assigned to the Detroit Police Department's warrant section, on Saturday August 30, 2003.

10. That all Defendants are being sued in their individual capacities.

11. That the incident complained of in this lawsuit occurred in the city of Detroit, Wayne County, Michigan, beginning on Saturday August

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

30, 2003, and culminating when criminal charges were finally dismissed against Plaintiff in the 36th District Court.

### *Facts*

12. On Friday August 29, 2003, a person named Grant Hall, living at 14575 Pierson Street, reported to his mother that he was the victim of a crime.

13. Mr. Hall reported that while he was sitting on his front porch, a neighbor named John Coopwood (living at 14587 Pierson Street, Detroit, Michigan) approached him armed with a long gun.

14. Mr. Hall further reported that Coopwood pointed the gun at him.

15. This incident was witnessed by two of Grant Hall's neighbors.

16. The crime report was initially made to the authorities by a 9-1-1 phone call by Grant Hall's mother, Brenda.

17. Because of the location where this alleged crime occurred, the investigation of this crime was assigned to the Sixth Precinct.

18. One or more police officers assigned to the Sixth Precinct responded to the scene within minutes, and spoke with Grant Hall's mother.

19. Mrs. Brenda Hall spoke directly with the officers that responded.

20. Mrs. Hall told them that a neighbor, John Coopwood, pointed a gun

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

at her son and cocked it.

21. Mrs. Hall further stated that Mr. Coopwood ran back into his house.

22. Detroit Police officers Halfacer and Delamielleure, along with Sergeant Jennings, arrested Mr. Coopwood, on Friday August 29, 2003 at 8:00 p.m., for the crime of Felonious Assault.

23. The arresting officers recovered from Mr. Coopwood's front left coat pocket a 12 gauge live shotgun round. However, the actual gun that was used was not recovered at this time.

24. One of the witnesses to this crime was a woman named Tamika Cargile.

25. Defendant Investigator Mackie personally interviewed Tamika Cargile on Saturday August 30, 2003, at approximately 10:35 a.m.

26. During the interview, Investigator Mackie asked Ms. Cargile if she saw what happened, and if so to describe what she saw.

27. Ms. Cargile replied that she did see what happened, and told Investigator Mackie about the previously-described incident, where John Coopwood pointed a gun at Grant Hall.

28. Investigator Mackie then asked the following question: "Did you see what John did with the gun?"

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

29. Tamika Cargile's answer to Defendant Mackie's question was: "He went to the side of his house and it looked like he gave it to the white guy next door. I can't tell for sure."

30. After receiving this information, Defendants Mackie and Anderson went to Plaintiff's house.

31. On Saturday August 30, 2003, Plaintiff (a white male) lived in a house on Pierson Street, next door to John Coopwood.

32. Defendants Mackie and Anderson went to Plaintiff's house.

33. Plaintiff invited them in.

34. Thereafter, Defendants Mackie and Anderson asked Plaintiff whether he knew anything about the incident.

35. Plaintiff stated he knew nothing.

36. These same Defendants then demanded that he turn over the shotgun.

37. In response, Plaintiff Robb again stated he knew nothing about the crime, and had no shotgun.

38. When the Defendants again demanded that he turn over the shotgun, Plaintiff invited them to search wherever they would like throughout the house.

39. Notwithstanding Plaintiff's repeated invitation to the officers to

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

search his home, they refused to conduct a search.

40. Instead, the Defendant officers at his home repeatedly threatened him with arrest, stating "Just tell us where the gun is and we'll let you go", "Don't make this difficult for us", and other similar threats.

41. Also present at Plaintiff's house along with Defendants Mackie and Anderson were two other Detroit Police Officers.

42. The names of these two other police officers are unknown to Plaintiff, but well known to Defendants.

43. Upon information and belief, these two officers arrived by cruiser.

44. Plaintiff's middle name is Alan, and he told the officers his full name and birth date when asked.

45. While at Plaintiff's residence, Defendants Mackie, or Anderson, or both, contacted Defendant Chaney at the Warrant Section.

46. After making this contact, Defendants Mackie and Anderson had Plaintiff arrested for an "outstanding warrant" from the 36th District Court.

47. In fact, no such warrant for Plaintiff existed.

48. The Defendants caused Plaintiff to be prosecuted on a warrant issued (upon information and belief) in December, 1991.

Law Offices
Thomas M. Loeb, Esq.
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

49. This warrant was issued to a person named "Gary H. Ruby" of Birmingham, Michigan.

50. The date of birth for Plaintiff did not match the date of birth for Gary H. Ruby.

51. Notwithstanding knowledge of the above, Defendants caused Plaintiff to be arrested and taken into custody on this warrant.

52. Thereafter, Plaintiff was taken to the Eighth Precinct and held in custody until approximately 9:30 p.m.

53. After posting bond, Plaintiff was released to appear in the 36th District Court.

54. Thereafter, Plaintiff appeared at least two times at the 36th District Court for the case "***City of Detroit v Gary Ruby, No. V329695***".

55. On Thursday November 13, 2003, all charges were dismissed against the Plaintiff, as he was obviously not the person for whom the warrant and case was issued.

56. A reasonably competent police officer, knowing Plaintiff's full name, address, and date of birth would not have arrested or charged him on a 1991 traffic warrant issued to a person named Gary H. Ruby, with a different date of birth, and living in Birmingham, Michigan.

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

57. That as a direct and proximate result of the conduct of the Defendants, referred to more fully above, Plaintiff suffered and continues to suffer embarrassment, indignation, anxiety, mental anguish, emotional distress, humiliation, outrage, shame, disgrace, discomfort, fear, loss of liberty, and denial of constitutional rights.

*Count I*
*42 USC §1983 - False Arrest*

58. Plaintiff incorporates paragraphs one through fifty-seven, as more fully stated above.

59. That as a result of their unlawful, malicious, reckless, and indifferent acts or omissions, the Defendant officers both alone and in concert, conspired to and acted under color of law but contrary to law and did deprive Plaintiff of his rights, privileges, or immunities secured under the Constitution and laws of the United States and the state of Michigan and 42 USC §1983, including his right to be free from an unreasonable seizure of his person, as guaranteed by Amendments IV and IVX of the United States Constitution, by arresting him without probable cause to believe that he was the subject of the above-referenced traffic warrant.

**THEREFORE**, Plaintiff demands judgment against all Defendants,

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

jointly and severally, for whatever amount the jury may determine for compensatory damages, and further demands judgment against the Defendant officers individually, for punitive damages in whatever amount the jury may determine, plus costs, interest, and actual attorney fees pursuant to 42 USC §1988.

*Count II*
*42 USC §1983 - False Imprisonment*

60. Plaintiff incorporates paragraphs one through fifty-nine, as more fully stated above.

61. That as a result of their unlawful, malicious, reckless, and indifferent acts or omissions, the Defendant officers both alone and in concert, conspired to and acted under color of law but contrary to law and did deprive Plaintiff of his rights, privileges, or immunities secured under the Constitution and laws of the United States and the state of Michigan and 42 USC §1983, including his right to be free from an unreasonable seizure of his person, as guaranteed by Amendments IV and IVX of the United States Constitution, by falsely imprisoning him without probable cause to believe that he was the subject of the above-referenced traffic warrant.

Law Offices
Thomas M. Loeb, Esq.
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

**THEREFORE**, Plaintiff demands judgment against all Defendants, jointly and severally, for whatever amount the jury may determine for compensatory damages, and further demands judgment against the Defendant officers individually, for punitive damages in whatever amount the jury may determine, plus costs, interest, and actual attorney fees pursuant to 42 USC §1988.

*Count III*
*42 USC §1983 - Malicious Prosecution*

62. Plaintiff incorporates paragraphs one through sixty-one, as more fully stated above.

63. That as a result of their unlawful, malicious, reckless, and indifferent acts or omissions, the Defendant officers both alone and in concert, conspired to and acted under color of law but contrary to law and did deprive Plaintiff of his rights, privileges, or immunities secured under the Constitution and laws of the United States and the state of Michigan and 42 USC §1983, including his right to be free from an unreasonable seizure of his person, as guaranteed by Amendments IV and IVX of the United States Constitution, by prosecuting him without probable cause to believe that he was the subject of the above-referenced traffic warrant.

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

**THEREFORE**, Plaintiff demands judgment against all Defendants, jointly and severally, for whatever amount the jury may determine for compensatory damages, and further demands judgment against the Defendant officers individually, for punitive damages in whatever amount the jury may determine, plus costs, interest, and actual attorney fees pursuant to 42 USC §1988.

**PLAINTIFF DEMANDS A JURY TRIAL.**

Dated: 3/18/04

Respectfully submitted,

[signature]

Thomas M. Loeb (P25913)
Attorney for Plaintiff

Law Offices
**Thomas M. Loeb, Esq.**
24724 Lahser Rd.
Southfield, MI 48034-6044
(248) 354-6330
Fax (248) 354-1489
E-Mail: tmloeb@mich.com

71054 Cohn / MKM

JS 44 11/99

# CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: Wayne

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**

Gary Alan Robb

(b) County of Residence of First Listed: Wayne

26163

(C) Attorney's (Firm Name, Address, and Telephone Number)

Thomas M. Loeb (P25913), 24724 Lahser Road, Southfield, Michigan, 48034, (248) 354-6330

**DEFENDANTS** 04-71054

City of Detroit Police Investigator Samuel Mackie, City of Detroit Police Officer Delicia Anderson, and City of Detroit Police Officer Marva A. Chaney, jointly and severally

County of Residence of First Listed: Wayne

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

AVERN COHN

MAGISTRATE JUDGE MONA K. MAJZOUB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item 111)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" In One Box Only)

445

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel And Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21: 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multi district Litigation
- ☐ 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC Section 1983

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 $ DEMAND

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S)** (See instructions): IF ANY

JUDGE ____ DOCKET NUMBER ____

DATE 3/18/04

SIGNATURE OF ATTORNEY OF RECORD Thomas M. Loeb

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

Notes :